FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/20/2015 1:31:08 PM

CHRISTOPHER A. PRINE
Clerk

# EXHIBIT A

THE VENZKE LAW FIRM
POST OFFICE BOX 667485
HOUSTON, TEXAS 77266
(713) 522-1190
FACSIMILE (713) 559-0333

John P. Venzke*                                                Tamera L. Venzke
jvenzke@comcast.net                                           tvenzke@comcast.net

*Board Certified Civil Trial Law
Texas Board of Legal Specialization

## REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD PURSUANT TO RULE 34.6(d) TEXAS RULES OF APPELLATE PROCEDURE

July 14, 2015

By email and facsimile transmission

Ms. Mindy Hall
Court Reporter, 268th Judicial District Court
301 Jackson Street
Richmond, Texas   77469

> Re:   Cause No. 13-DCV-211293, *Xiangxiang Tang et al vs. Yvonne Tran, et al,*
> in the 268th District Court of Fort Bend County, Texas
>
> No. 01-15-00163-CV; *Xiangxiang Tang v. Klaus Wiegand;* In the First Court of
> Appeals for the First District, at Houston, Texas

Dear Ms. Hall:

Reference is made to my letter dated July 1, 2015, and John Wesley Wauson's letter to you dated July 2, 2015, a copy of which is enclosed.

To make my position clear, I am not asking that you include in the reporter's record Plaintiff's Exhibit 77 as I agree with Mr. Wauson's letter that "[i]t does not appear that Exhibit 77 was ever admitted or that reference to it by Exhibit Number was made in the Reporter's Record."

As reflected in my original July 1, 2015, letter my request regards any testimony, Court hearing or exhibit list that reflects Exhibit 77 was neither offered nor admitted into evidence.   If no such testimony or documents exists, please let me know.

1

I appreciate you for your continued cooperation.

Sincerely,

John P. Venzke

Cc:   Mr. John Wesley Wauson
      Clerk, First Court of Appeals

2

# Wauson ✦ Probus

A Professional Corporation
ATTORNEYS AT LAW

JOHN WESLEY WAUSON
jwwauson@w-plaw.com
BOARD CERTIFIED, Civil Trial Law
Texas Board of Legal Specialization

ONE SUGAR CREEK CENTER BLVD., SUITE 880
SUGAR LAND, TEXAS 77478
281-242-0303 - Telephone
281-242-0306 - Telecopier

MATTHEW B. PROBUS
mbprobus@w-plaw.com
Also licensed in the Commonwealth
of Massachusetts

## OBJECTION TO APPELLEE'S REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD PURSUANT TO RULE 34.6(d), TEXAS RULES OF APPELLATE PROCEDURE

July 2, 2015

**Via Fax: (281) 341-8614**
Ms. Mindy Hall
Court Reporter, 268th Judicial District Court
1422 Eugene Heimann Circle
Richmond, TX 77469

 Re: Cause No. 13-DCV-211293
 *XIANGXIANG TANG, Individually and as a shareholder on behalf of L.T.L. Medspa, Inc. v. YVONNE TRAN, KLAUS WIEGAND and L.T.L. MEDSPA, INC.;* In the 268th Judicial District Court, Fort Bend County, Texas

 Re: Case No. 01-15-00163-CV; *Xiangxiang Tang v. Klaus Wiegand;* In the First District Court of Appeals in Houston, Texas

Dear Ms. Hall:

 We are in receipt of the letter Request to you from Mr. Venzke, counsel for the Appellee in the referenced appeal. We have reviewed the requests we made earlier and the Reporter's Record provided to the Court of Appeals. It appears complete based upon our requests.

 The requirements of the Reporter's Record are found at Rule 34.6(a)(1) and (2), Tex. R. App. P. Mr. Venzke's request to you seeks documents that are not portions of the standard stenographic reporter's record, including exhibits introduced into evidence or electronic record with exhibits introduced into evidence. It does not appear that Exhibit 77 was ever admitted or that reference to it by Exhibit Number was made in the Reporter's Record. Accordingly, I believe that Mr. Venzke's request is inappropriate.

 Thank you for your attention.

 Very truly yours,

 John Wesley Wauson
 For the Firm

cc: John Venzke, Esq. *(via fax)*

| From: | John W. Wauson |
|---|---|
| To: | jvenzke@comcast.net; Mindy Hall |
| Cc: | Sharon Dianiska |
| Subject: | RE: Tang v. Tran; No. 13-DCV-211293 |
| Date: | Tuesday, July 14, 2015 10:18:46 AM |

All

I don't think it was offered either since it is not referenced in the attorney's fee testimony I presented.

John Wesley Wauson
**WAUSON|PROBUS**
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 - Telephone
(281) 242-0306 – Fax
(281) 450-4487 – Cell
jwwauson@w-plaw.com

This email message and any attachments are for the sole use of the intended recipient(s) and contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Tuesday, July 14, 2015 10:14 AM
**To:** Mindy Hall
**Cc:** John W. Wauson; Sharon Dianiska
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

**From:** jvenzke@comcast.net
**To:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**Sent:** Monday, July 6, 2015 9:31:20 AM
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Thanks; my mistake about it being offered.

John Venzke

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Monday, July 6, 2015 9:25:59 AM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

Mr. Venzke,

I will have to check on this. I was out of the office last week, Tuesday through Friday.

In my previous e-mail to you, I explained there were no exhibits included in the appellate record because none were included in Mr. Wauson's Designation of Reporter's Record. I did inform you though that Exhibit 77 was never admitted. I did not say that it was not offered. Again, I will have to check the record and I will get back to you.

Mindy Hall

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Thursday, July 02, 2015 8:02 AM
**To:** Hall, Mindy
**Cc:** John W. Wauson; Sharon Dianiska
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Mindy
As a follow up to my formal request, enclosed is the Exhibit List filed by Plaintiff's which reflect Exhibit 77 was "Wauson Probus Attorney's Fee Statements (redacted)." What I am looking for is this form, or whatever you used to keep track of the trial exhibits, which indicates Offered and Admitted as it relates to Exhibit 77.

Thanks.

John Venzke

---

**From:** jvenzke@comcast.net
**To:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**Cc:** "John W. Wauson" <jwwauson@w-plaw.com>, "Sharon Dianiska" <sdianiska@w-plaw.com>
**Sent:** Wednesday, July 1, 2015 10:50:18 AM
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

**Request for Supplemental Reporter's Record Pursuant to Rule 34.6(d) Texas Rules of Appellate Procedure**

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Tuesday, June 30, 2015 9:58:06 AM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

Mr. Venzke,

There were no exhibits that went up with the appeal because they were not included in Mr. Wauson's Designation of Reporter's Record for the appeal. I also note that Exhibit 77 was not admitted at the trial.

Mindy

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Monday, June 29, 2015 1:12 PM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Mindy

I noticed that Exhibit 77 (copies of Wauson's attorneys' fees) was not in the the testimony you prepared and filed.  I looked at the District Court's website and they are not listed in that record.   Do you have this Exhibit as part of the testimony ?   If so, and I want to add for the appeal, what do you need from me to do so ?  I know I need to file Motion with Court of Appeals, but what do you need from me to include it ?

Thanks.

John P. Venzke
The Venzke Law Firm.
713-522-1190
713-816-6908 cell
jvenzke@comcast.net

---

**From:** jvenzke@comcast.net
**To:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**Sent:** Tuesday, June 2, 2015 10:35:21 AM
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

No problem; do it all the time.   Did not want you to miss a deadline.

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Tuesday, June 2, 2015 10:15:13 AM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

Yes.  Sorry about that.

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Tuesday, June 02, 2015 10:13 AM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Do you mean __*6*__    24 ?

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Tuesday, June 2, 2015 9:31:23 AM

**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

No, I filed an extension.  My record is due 5/24.


Thanks!

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Tuesday, June 02, 2015 9:27 AM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Mindy

I noticed the Court of Appeals says it recievd the reporter's record.  But all they have are two hearings typed up by Stephanie Webb.   Have you filed the other part of the record ?

Thanks.

John Venzke

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Thursday, March 19, 2015 1:47:27 PM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

No problem.  Thanks for letting me know.  Have a nice afternoon.

Mindy

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Thursday, March 19, 2015 1:46 PM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Mindy

After all your work my clients decided not to have any thing added to the record.  They re broke.

Thanks again.

John Venzke

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Tuesday, March 17, 2015 5:04:50 PM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

The cost for the appellate record you requested which includes the testimony of Andy Tang and Yvonne Tran is $3,000.

The cost for the two bills of exceptions, if you choose to include them, is $344.

Please let me know how you wish to proceed.

Thanks,

Mindy Hall

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Tuesday, March 17, 2015 4:07 PM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Good point; if we do it, and I do not think client's can pay so probably moot, but it would include our two bill of exceptions and, with Tang and Tran, that is it.

Thanks.

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Tuesday, March 17, 2015 2:08:16 PM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

Wes has ordered the testimony of Klaus Weigand and his own testimony on attorney's fees, pretrial motions, bench conferences, charge conference, and the hearings from 10/31/14 and 11/14/14. I'm just confirming that you don't need Voir Dire, anything concerning Defendant's two bills of exceptions, opening statements, closing arguments, any of the jury questions, the reading of the verdict, et cetera.

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Tuesday, March 17, 2015 1:06 PM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Hasn't Wes ordered the rest ?

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>

**Sent:** Tuesday, March 17, 2015 12:54:28 PM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

I want to clarify that you're only asking me for the cost for the testimony of Ms. Tran and Mrs. Tang?

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Friday, March 13, 2015 8:37 AM
**To:** Hall, Mindy
**Subject:** Re: Tang v. Tran; No. 13-DCV-211293

Any luck on a figure ?

Thanks.

John Venzke

---

**From:** "Mindy Hall" <Mindy.Hall@fortbendcountytx.gov>
**To:** "jvenzke@comcast.net" <jvenzke@comcast.net>
**Sent:** Wednesday, March 11, 2015 5:21:55 PM
**Subject:** RE: Tang v. Tran; No. 13-DCV-211293

Mr. Venzke,

I will work on a cost and let you know.

Thanks,

Mindy Hall

---

**From:** jvenzke@comcast.net [mailto:jvenzke@comcast.net]
**Sent:** Wednesday, March 11, 2015 9:34 AM
**To:** Hall, Mindy
**Subject:** Tang v. Tran; No. 13-DCV-211293

Mindy

As you may recall, I represeted Yvonne Tran and Klaus Wiegland in this case.

I see that Wes Wauson has requested a partial statement of facts.   Can you give me an estimate of how much the remainder would cost ?  That would be the testimony of Mrs. Tang and Ms. Tran.

Thanks.

John Venzke